BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, WA STATE BAR NO. 44452**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
EMAIL: Bill.Humphries@usdoj.gov

Attorneys for the United States of America on behalf of the Internal Revenue Service

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>TWO BROTHERS CONSTRUCTION & RENOVATION,<br><br>　　　　　　Debtor. | Case No. 19-40231-JMM<br><br>Chapter 11<br><br>**DECLARATION OF JULIE JONES SUPPORTING THE MOTION TO DISMISS OR CONVERT** |

Pursuant to 28 U.S.C. § 1746, I, JULIE JONES, declare as follows:

I am an employee of the Internal Revenue Service ("IRS") and my job title is a

Bankruptcy Advisor/Revenue Officer.  I am the employee of the IRS assigned to this bankruptcy

case and am familiar with the information related to the taxes of Two Brothers Construction &

Renovation ("Debtor") and the file of the Debtor maintained by the IRS.

Pursuant to IRS regulations, including the information in IRS Publication 15, Debtor is

required to make federal employment tax deposits on a semi-weekly basis.

In 2019, Debtor has failed to comply with its semi-weekly tax deposit requirement.  In

the first quarter of 2019, Debtor made only two federal employment tax deposits, both of which

**DECLARATION OF JULIE JONES SUPPORTING THE MOTION TO DISMISS OR CONVERT - 1**

were made in January, 2019.   In the second quarter of 2019, which commences on April 1,

2019, Debtor has made only one federal employment tax deposit.  The deposit amount was $510.

The attached Account Transcripts (current as of 5/14/2019) for Debtor related to Form

941 (Employer's Quarterly Federal Tax Return) tax periods for the first and second quarters of

2019 show the total of three tax deposits since January 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of

my knowledge and belief.

Executed at Boise, Idaho, on May 21, 2019.


*/s/ Julie Jones*
Julie Jones
IRS Bankruptcy Advisor/Revenue Officer

**DECLARATION OF JULIE JONES SUPPORTING THE MOTION TO DISMISS OR
CONVERT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2019, the foregoing **DECLARATION OF**

**JULIE JONES SUPPORTING THE MOTION TO DISMISS OR CONVERT** was

electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of

Electronic Filing to the following person(s):

Aaron J. Tolson
ajt@aaronjtolsonlaw.com
*Attorney for Two Brothers Construction & Renovation*

Brian T. Tucker
bttucker@nhptlaw.net
*Attorney for The Bank of Commerce*

Brent R. Wilson
bwilson@hawleytroxell.com
*Attorney for J. Carlo Cannell*

David W. Newman
ustp.region18.bs.ecf@usdoj.gov
*U.S. Trustee*

I FURTHER CERTIFY that on the same date the foregoing was served via first class

USPS mail to the following person(s):

See attached matrix.

*/s/ Jessica Black*
Jessica Black
Legal Assistant

**DECLARATION OF JULIE JONES SUPPORTING THE MOTION TO DISMISS OR
CONVERT - 3**

Label Matrix for local noticing
0976-4
Case 19-40231-JMM
District of Idaho
Pocatello
Tue May 21 09:29:14 MDT 2019

Air-O Fasteners
4382 N. Haroldsen Drive #7
Idaho Falls, ID 83401-5058

American Express
200 Vesey Street
New York, NJ 10281-1013

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

April Celeste Nashagh
2223 W. 17th Street
Idaho Falls, ID 83402-4816

Aubrey R. Homburg
368 Melrose Dr.
Idaho Falls, ID 83401-3254

BMC West
1425 N. Holmes
Idaho Falls, ID 83401-2003

Bank of Commerce
3113 S. 25th E.
Idaho Falls, ID 83406-5732

Blue Enterprises
997 S. Military Drive
Salt Lake City, UT 84108-1325

Boomers LLC
252 N. 2900 E.
Roberts, ID 83444-5150

CFG Merchant Solutions
180 Maiden Lane
15th Floor
New York, NY 10038-5150

J. Carlo Cannell
Hawley Troxell Ennis & Hawley, LLP
P.O. Box 1617
Boise, ID 83701-1617

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Capital One Spark
PO Box 30285
Salt Lake City, UT 84130-0285

For-Shor Co
4446 W. 1730 S.
Salt Lake City, UT 84104-4703

(p)FUNDBOX  INC
300 MONTGOMERY ST
SUITE 900
SAN FRANCISCO CA 94104-1921

Grease Monkey
2100 Channing Way
Idaho Falls, ID 83404-8034

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Idaho State Tax Commission
PO Box 36
Boise, ID 83722-0036

Knife River
4055 Professional Way
Idaho Falls, ID 83402-7312

Kodiak Staffing
890 Oxford
Idaho Falls, ID 83401-4232

Mountain West Rental
2001 N. Woodruff Ave.
Idaho Falls, ID 83401-1714

David Wayne Newman
OFFICE OF THE US TRUSTEE US DEPT
720 Park Blvd., Ste. 220
Boise, ID 83712-7785

Parsons
2350 S. 1900 W.
Ogden, UT 84401-3480

Ron's tire
1255 N. Holmes Ave.
Idaho Falls, ID 83401-2001

Saenz rywall, LLC
dba Saenz Drywall & Painting
c/o Ryan Farnsworth
770 S. Woodruff
Idaho Falls, ID 83401-5285

State Insurance Fund
1215 W.  State Street
Boise, ID 83702-5323

The Bank of Commerce
c/o Brian T. Tucker
PO Box 51630
Idaho Falls, ID 83405-1630

Aaron J Tolson
2677 E. 17th Street Suite 300
Ammon, ID 83406-6612

Tracy Dawn Larsen
368 Melrose Drive
Idaho Falls, ID 83401-3254



# Internal Revenue Service
### United States Department of the Treasury

```
┌──────────────────────────────────────────────────────────────────┐
│         This Product Contains Sensitive Taxpayer Data              │
└──────────────────────────────────────────────────────────────────┘
```

# Account Transcript

|  |  |  |
|---|---|---|
| Request Date: | 05-14-2019 |
| Response Date: | 05-14-2019 |
| Tracking Number: | ████████ |

FORM NUMBER:      941

TAX PERIOD:       Mar. 31, 2019


TAXPAYER IDENTIFICATION NUMBER: ████████


TWO BROTHERS CONSTRUCTION AND
RENOVATION INC
3788 N 5TH EAST BLDG C
IDAHO FALLS, ID 83401-1131-882


    --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---


ACCOUNT BALANCE:                        -$6,324.72
ACCRUED INTEREST:                            $0.00   AS OF: May  27, 2019
ACCRUED PENALTY:                             $0.00   AS OF:


ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):          -$6,324.72


         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:                            0.00


RETURN NOT PRESENT FOR THIS ACCOUNT


```
┌──────────────────────────────────────────────────────────────────┐
│                           TRANSACTIONS                             │
└──────────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| n/a | No tax return filed | | | |
| 650 | Federal tax deposit | | 01-09-2019 | -$3,137.62 |
| 650 | Federal tax deposit | | 01-24-2019 | -$3,187.10 |
| 520 | Bankruptcy or other legal action filed | | 03-15-2019 | $0.00 |

```
┌──────────────────────────────────────────────────────────────────┐
│         This Product Contains Sensitive Taxpayer Data              │
└──────────────────────────────────────────────────────────────────┘
```



### Internal Revenue Service
#### United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

# Account Transcript

|  |  |
|---|---|
| Request Date: | 05-14-2019 |
| Response Date: | 05-14-2019 |
| Tracking Number: | ▮▮▮▮ |

FORM NUMBER:     941

TAX PERIOD:     Jun. 30, 2019

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮▮

TWO BROTHERS CONSTRUCTION AND
RENOVATION INC
3788 N 5TH EAST BLDG C
IDAHO FALLS, ID 83401-1131-882


--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---


| ACCOUNT BALANCE: | -$510.00 |  |
|---|---|---|
| ACCRUED INTEREST: | $0.00 | AS OF: May  27, 2019 |
| ACCRUED PENALTY: | $0.00 | AS OF: |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):        -$510.00


         ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

TAX PER TAXPAYER:            0.00


RETURN NOT PRESENT FOR THIS ACCOUNT


| TRANSACTIONS |
|---|

| CODE | EXPLANATION OF TRANSACTION | CYCLE DATE | AMOUNT |
|---|---|---|---|
| n/a | No tax return filed |  |  |
| 650 | Federal tax deposit | 05-07-2019 | -$510.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|